[No. 74558-1-I.  Division One.  April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN LEA ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02160-1, John H. Chun, J., entered January 11, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Spearman, JJ.

[No. 74563-8-I.  Division One.  April 17, 2017.]

LYDIA LUTAAYA, *Appellant*, v. BOEING EMPLOYEES' CREDIT UNION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-27549-6, Nancy Bradburn-Johnson, J. Pro Tem., entered January 5, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Dwyer, JJ.

[No. 74705-3-I.  Division One.  April 17, 2017.]

JOHN R. WILSON ET AL., *Appellants*, v. QUALITY LOAN SERVICE CORPORATION OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-05323-1, Marybeth Dingledy, J., entered January 14, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Trickey, JJ.

[No. 74726-6-I.  Division One.  April 17, 2017.]

EDMUND MICHAEL VONALLMEN, *Appellant*, v. JACQUELYNE LERAY VONALLMEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-07645-6, Judith H. Ramseyer, J., entered December 29, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Dwyer, JJ.